United States District Court
Southern District of Texas
**ENTERED**
February 22, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESSE O'QUINN and ALBERT BENNETT, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 4:16-CV-1203 |
| CITY OF HOUSTON, TEXAS, | § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

Pending before the Court is Defendant's Motion for Summary Judgment. **(Instrument No. 26)**. For the reasons stated in this Court's Order of February 22, 2018, summary judgment is **GRANTED** and Plaintiffs' claims are **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the  22nd  day of February, 2018, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**